**Todd M. Friedman (216752)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHARON WALKER,** | ) Case No. **2:09-CV-03602-FCD-EFB** |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| | ) |
| **TK CREDIT RECOVERY,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOW COMES THE PLAINTIFF, by and through her attorney, to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 24th day of March, 2010

By: s/Todd M. Friedman
Todd M. Friedman, Esq. SBN 216752
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
Attorneys for Plaintiff

Filed electronically on this 24th day of March, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Frank C. Damrell, Jr.
United States District Court
Eastern District of California

A copy mailed to:

Chris Morato
TK Credit Recovery
1940 San Pablo Ave.
Pinole, CA 94564


This 24th day of March, 2010.

<u>s/Todd M. Friedman</u>
Todd M. Friedman