Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHARON WALKER,**<br><br>Plaintiff,<br><br>vs.<br><br>**TK CREDIT RECOVERY,**<br><br>Defendant. | Case No. 2:09-CV-03602-FCD-EFB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Eastern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is herewith served upon Defendant.

RESPECTFULLY SUBMITTED this 20th day of May, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

Filed electronically on this 20th day of May, 2010, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 20th day of May, 2010, via the ECF system to:

Honorable Frank C. Damrell, Jr.
Judge of the United States District Court
Eastern District of California

Copy sent via mail on this 20th day of May, 2010, to:

Chris Morato
TK Credit Recovery
1940 San Pablo Ave.
Pinole, CA 94564


By: s/Todd M. Friedman
       Todd M. Friedman